IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY M. HEWITT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CV 20-20-BLG-TJC<br><br>**ORDER GRANTING STAY** |

Defendant has filed a motion to stay proceedings considering the current health crisis.  (Doc. 12.)  Good cause appearing,

IT IS ORDERED that the motion is GRANTED and further proceedings are STAYED.  The Defendant shall file a status report on or before September 15, 2020, advising of the status of the preparation of the certified transcript of the record.  Upon filing a transcript of the record, proceedings will resume pursuant to L.R. 78.2.

DATED this 6th day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge