IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY M. HEWITT,<br><br>            Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>            Defendant. | CV 20-20-BLG-TJC<br><br>**ORDER** |

Defendant has filed a status report indicating the Social Security Administration's Office of Appellate Operations has not yet been able to complete the certified administrative record in this case. (Doc. 15.) Accordingly,

IT IS ORDERED that these proceedings will remain STAYED. The Defendant shall file a status report on or before October 13, 2020, advising of the status of the preparation of the certified transcript of the record. Upon filing a transcript of the record, proceedings will resume pursuant to L.R. 78.2.

DATED this 21st day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge