UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARY HEWITT,<br><br>         Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>         Defendant. | Case No. CV-20-020-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED The Commissioner's final decision in regard to Plaintiff's application for a period of disability, disability insurance benefits, widow's insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED for further administrative proceedings, a new hearing, and a new decision under sentence four of 42 U.S.C. § 450(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated this 17th day of December 2020.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk